Abraham Mykoff, *Pro Se*
401 North Fifth Avenue
Edison, New Jersey 08817
848-202-2122
E-mail: abrahammykoff@protonmail.com

## UNITED STATES DISTRICT COURT

## in and for the SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abraham Mykoff, individually<br>Ron Greenberg, individually<br><br>           Plaintiffs,<br><br>     vs.<br><br>HOME DEPOT, INC.; COURI, aka<br>Cuori International (H.K.) Ltd., aka<br>Cuori Group,  aka Ningbo Prince Electric<br>Appliance Co. Ltd., aka Milan Stylee<br>Alan Kape, aka owner, Kape Insurance<br>Agency, Individually, and, in official capacity<br>Scott Fluger, Kape Insurance Agency,<br>Individually, and in official capacity<br>Philadelphia Insurance Companies, aka<br>Philadelphia Consolidated Holding Corp.<br>aka  Tokio Marine Holdings, Inc.;<br>Jim Cahill, Mayor, The City of New Brunswick<br>Individually and in official capacity Middlesex<br>Board of County Commissioners,  Robert<br>Rawls, Director, The City of New Brunswick<br>Fire Department, Individually and in official capacity,<br>Charles E. Tomaro, Freeholder Deputy Director,<br>Middlesex County's Board of Chosen Freeholders,<br>Individually and in Official Capacity<br>Christoper Paladino, DEVCO, Individually and in<br>official capacity, Mitch Karon, Executor Director,<br>New Brunswick Parking Authority, Individually and<br>in official capacity, Board of Commissioners New<br>Brunswick Parking Authority, Individual and | CASE NO.:<br><br>DEMAND FOR JURY TRIAL |

Official Capacity, Leonard Bier, Attorney for New Brunswick Parking Authority, Individually and in Official Capacity.

DOES 1 to 100,

        Defendants,

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS:

Plaintiffs, Abraham Mykoff, individually, Ron Greenberg, individually:

hereby demand a trial by jury in the above-captioned case.

DATED: 22nd October 2017

                                 _____
                                 Abraham Mykoff

                                 _____
                                 Ron Greenberg

## CERTIFICATE OF SERVICE

        I, _____, am a citizen of the United States, am over 18 years of age, and not a party to this action. On the date of the execution of this Certificate, I mailed first class postage prepaid a true and correct copy of the following document to:

DEMAND FOR JURY TRIAL

TO:

        I certify under penalty of perjury that the above is true and correct.

DATED:                                     _____