Abraham Mykoff, *Pro Se*
401 North Fifth Avenue
Edison, New Jersey  08817
848-202-2122
E-mail: abrahammykoff@protonmail.com

**UNITED STATES DISTRICT COURT**

**in and for the SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Abraham Mykoff, individually<br>Ron Greenberg, individually | CASE NO.: |
| Plaintiffs, | NOTICE OF NON-AVAILABILITY |
| vs. | |
| HOME DEPOT, INC.; COURI, aka<br>Cuori International (H.K.) Ltd., aka<br>Cuori Group,  aka Ningbo Prince Electric<br>Appliance Co. Ltd., aka Millan Stylee<br>Alan Kape, aka owner, Kape Insurance<br>Agency, Individually, and, in official capacity<br>Scott Fluger, Kape Insurance Agency,<br>Individually, and in official capacity<br>Philadelphia Insurance Companies, aka<br>Philadelphia Consolidated Holding Corp.<br>aka  Tokio Marine Holdings, Inc.;<br>Jim Cahill, Mayor, The City of New Brunswick<br>Individually and in official capacity Middlesex<br>Board of County Commissioners,  Robert<br>Rawls, Director, The City of New Brunswick<br>Fire Department, Individually and in official capacity,<br>Charles E. Tomaro, Freeholder Deputy Director,<br>Middlesex County's Board of Chosen Freeholders,<br>Individually and in Official Capacity<br>Christoper Paladino, DEVCO, Individually and in<br>official capacity, Mitch Karon, Executor Director,<br>New Brunswick Parking Authority, Individually and<br>in official capacity, Board of Commissioners New<br>Brunswick Parking Authority, Leonard T. Bier,<br>Board, Individually and in Official Capacity,<br>Leonard T. Bier, General legal counsel for New<br>Brunswick Parking Authority, Individually and in | |

Official Capacity. Bier Associates, Individually
and in Official Capacity, New Brunswick Parking
Authority Board Board of Commissioners,

    DOES 1 to 100,

                      Defendants,

## CERTIFICATION IN SUPPORT OF NON-AVAILABILITY

    I, Abraham Mykoff, Plaintiff and appearing *Pro Se,* do hereby certify and say:

    I, Abrahm Mykoff, Plaintiff and appearing *Pro Se,* shall be out of the United States from 1st November 2017 through 12th November 2017 and unavailable.

    I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

22nd October 2017

_____
Abraham Mykoff, *Pro Se*
401 North Fifth Avenue
Edison, New Jersey 08817
848-202-2122
e-mail: abrahammykoff@protonmail.com