Abraham Mykoff, *Pro Se*
401 North Fifth Avenue
Edison, New Jersey 08817
848-202-2122
E-mail: abrahammykoff@protonmail.com

## UNITED STATES DISTRICT COURT

### in and for the SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abraham Mykoff, individually<br>Ron Greenberg, individually | CASE NO.: |
| Plaintiffs, | CERTIFICATION OF TIMELY FILING |
| vs. | |
| HOME DEPOT, INC.; COURI, aka<br>Cuori International (H.K.) Ltd., aka<br>Cuori Group, aka Ningbo Prince Electric<br>Appliance Co. Ltd., aka Millan Stylee<br>Alan Kape, aka owner, Kape Insurance<br>Agency, Individually, and, in official capacity<br>Scott Fluger, Kape Insurance Agency,<br>Individually, and in official capacity<br>Philadelphia Insurance Companies, aka<br>Philadelphia Consolidated Holding Corp.<br>aka Tokio Marine Holdings, Inc.;<br>Jim Cahill, Mayor, The City of New Brunswick<br>Individually and in official capacity Middlesex<br>Board of County Commissioners, Robert<br>Rawls, Director, The City of New Brunswick<br>Fire Department, Individually and in official capacity,<br>Charles E. Tomaro, Freeholder Deputy Director,<br>Middlesex County's Board of Chosen Freeholders,<br>Individually and in Official Capacity<br>Christoper Paladino, DEVCO, Individually and in<br>official capacity, Mitch Karon, Executor Director,<br>New Brunswick Parking Authority, Individually and<br>in official capacity, Board of Commissioners New<br>Brunswick Parking Authority, Leonard T. Bier,<br>Board, Individually and in Official Capacity,<br>Leonard T. Bier, General legal counsel for New<br>Brunswick Parking Authority, Individually and in | |

Official Capacity. Bier Associates, Individually
and in Official Capacity, New Brunswick Parking
Authority Board Board of Commissioners,

DOES 1 to 100,

                Defendants,

## CERTIFICATION OF TIMELY FILING OF COMPLAINT

I, Abraham Mykoff, Plaintiff and appearing *Pro Se,* do hereby certify and say:

1. I, Abrahm Mykoff, Plaintiff and appearing *Pro Se,* having the Complaint typed experienced acute and chronic hacking. A total of six computers crashed with hard drives replaced all to no avail from September 2017 through 20th October 2017. All USB thumb drives were corrupted. The hackers were able to bypass Kaspersky End Point Security, and I do not have the level of knowledge or anyone else that I know to have resolved this issue til 30th October 2017.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

22nd October 2017

                                                             *Abraham Mykoff, Pro Sé*
                                                             *401 North Fifth Avenue*
                                                             *Edison, New Jersey 08817*
                                                             *848-202-2122*
                                                             *e-mail: abrahammykoff@protonmail.com*