# SZAFERMAN LAKIND

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader - Rtd.
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Bruce M. Sattin***
Robert P. Panzer
Benjamin T. Branche*
Robert G. Stevens Jr.**
Michael D. Brottman**
Janine Danks Fox*
Thomas J. Manzo**

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

Of Counsel
Stephen Skillman
Linda R. Feinberg
Anthony J. Parrillo
Paul T. Koenig, Jr.
Nathan M. Edelstein**
Keith L. Hovey***
Jeffrey M. Hall

Lindsey Moskowitz Medvin**
Robert L. Lakind***
Melissa A. Chimbangu
Brian A. Heyesey
Christopher S. Myles
Christopher S. Kwelty
Brandon C. Simmons*
Jason M. Sokel**

Counsel
Bhuchar Law Firm
www.bhucharlaw.com
Tel(609)514-5195

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
Tel(609)655-3600

January 9, 2019

William T. Walsh, Clerk, U.S.D.C.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6E
Trenton, NJ 08608

  Re: Abraham Mykoff, et al. v. Home Depot, Inc., et al.
    <u>Docket No. 18-cv-13110</u>

Dear Mr. Walsh:

  Enclosed for filing please find Plaintiffs' Second Amended Complaint in the above matter. I am also enclosing an email, dated January 3, 2019, from Michael Giacopelli, Esq,, counsel to Defendant Home Depot, consenting to the filing of the amended pleading as required by <u>Fed. R. Civ. P.</u> 15(a)(2). I am not filing a consent from the other Defendant, Intertek Testing Services, N.A., as they did not file an Answer to the original Complaint.

  Thank you.

           Very truly yours,

           **SZAFERMAN, LAKIND,**
            **BLUMSTEIN & BLADER, P.C.**

           Arnold C. Lakind

ACL/s

2862859.1

Case 3:18-cv-13110-GC-TJB   Document 30   Filed 01/09/19   Page 2 of 2 PageID: 173



*William T. Walsh, Clerk, U.S.D.C.*
*Clarkson S. Fisher Building & U.S. Courthouse*
*January 9, 2019*
*Page 2*

c:  Tonianne J. Bongiovanni, U.S.M.J.
    Michael Giacopelli, Esq.
    Rabbi Abraham Mykoff
    Eric Kammer
    Harold Gerr, Esq.

2862859.1