Arnold C. Lakind

| | |
|---|---|
| **From:** | Giacopelli, Michael <Michael.Giacopelli@lewisbrisbois.com> |
| **Sent:** | Thursday, January 03, 2019 2:41 PM |
| **To:** | Arnold C. Lakind |
| **Cc:** | Kelly, Meagan; Pollack, David |
| **Subject:** | RE: [EXT] Poile Zedeck |

Arnold – we consent to your application to file an amended complaint. Please let us know if you confirmed 1/11 yet. I need to get it on my expert's calendar.
thanks

**From:** Arnold C. Lakind [mailto:ALakind@szaferman.com]
**Sent:** Wednesday, January 02, 2019 4:55 PM
**To:** Giacopelli, Michael
**Subject:** RE: [EXT] Poile Zedeck


Mike-I will check

**From:** Giacopelli, Michael [mailto:Michael.Giacopelli@lewisbrisbois.com]
**Sent:** Wednesday, January 02, 2019 4:51 PM
**To:** Arnold C. Lakind
**Subject:** Re: [EXT] Poile Zedeck

How's the morning of 1/11? My expert is free.



**Michael N. Giacopelli**
**Partner**
Michael.Giacopelli@lewisbrisbois.com

**T: 212.232.1361  F: 212.232.1399**

77 Water Street, 21st Floor, New York, NY 10005  |  LewisBrisbois.com

Representing clients from coast to coast. View our locations nationwide.

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Arnold C. Lakind <ALakind@szaferman.com>
**Date:** January 2, 2019 at 4:16:13 PM EST
**To:** Giacopelli, Michael <Michael.Giacopelli@lewisbrisbois.com>
**Subject:** [EXT] Poile Zedeck

1



Michael-I just heard from the Synagogue's real estate attorney. Apparently, they want to begin renovations the week of January 14, so next week is probably the only time we can get in there.

Arnold Lakind

**Szaferman, Lakind, Blumstein & Blader, P.C.**
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
Phone: (609) 275-0400 x 202
Fax: (609) 275-4511
ALakind@szaferman.com

