AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

RABBI ABRAHAM MYKOFF and POILE ZEDECK )
*Plaintiff* )
v. ) Case No. 18-13110
HOME DEPOT, INC. and INTERTEK TESTING SERV. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RABBI ABRAHAM MYKOFF and POILE ZEDECK CONGREGATION

Date: 04/30/2021

*Attorney's signature*

Harold J. Gerr, Esq. - 020491975
*Printed name and bar number*
47 Raritan Avenue
Highland Park NJ 08904

*Address*

hjg@haroldgerrlaw.com
*E-mail address*

(732) 249-4600
*Telephone number*

(732) 249-0643
*FAX number*