

**PARSKY & GALLOWAY, LLC**
ATTORNEYS AT LAW

Office: (973) 520-4340
Fax: (973) 520- 4329
www.pg-lawoffice.com

*Michael N. Giacopelli, Esq.*
*Managing Partner for*
*New York and New Jersey*
mng@pg-lawoffice.com

January 29, 2024

<u>*via ECF*</u>

Honorable Tonianne J. Bongiovanni
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

      Re:  Abraham Mykoff, et al. v. Home Depot, Inc., et al.
           Docket No. 18-cv-13110

Dear Magistrate Judge Bongiovanni,

    On January 24, 2024, a Substitution of Attorney was filed (Dkt. 145), which substituted our firm as counsel for Defendant Home Depot.  Shortly thereafter, outgoing counsel electronically provided our office with the transfer file, which we are adding to our internal file system.

    Please accept this letter application for a two-week extension to Your Honor's January 31, 2024 deadline (Dkt. 144) to provide a Status Report on outstanding issues, including the scope of the 30(b)(6) deposition.  We believe this extension will permit our office time to familiarize ourselves with the file.  We will then be able to discuss the issues with Plaintiff and submit a Joint Letter by February 14, 2024.

    Plaintiff's counsel has kindly consented to this request.  We thank Your Honor for considering this application.

                                                  Respectfully submitted,

                                                 *Michael N. Giacopelli*

                                                 Michael Nathan Giacopelli, Esq
                                                 mng@pg-lawoffice.com

120 N. LaSalle Street
Suite 3200
Chicago, IL 60602

466 Southern Boulevard
Washington Building, 1st Floor
Chatham, NJ 70928

One Liberty Plaza
165 Broadway, 23d Floor
New York, NY 10006