UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------------X

RON GREENBERG, individually and in his capacity as
Trustee of Cong. Poile Zedek,

                    Docket No.: 18-cv-13110

                Plaintiff,

       -against-                 **MOTION TO WITHDRAW APPEARANCE AND REPRESENTATION AS COUNSEL MEAGAN M. GABRIEL**

HOME DEPOT, INC., COURl a/k/a CUORI
INTERNATIONAL (H.K.) LTD., a/k/a NINGBO
PRINCE ELECTRIC APPLIANCE CO. LTD.
INCINTERTEK, INC.; DOES 1 to 99,

                Defendants.

-------------------------------------------------------------------X

Meagan M. Gabriel files this Motion to Withdraw Appearance and Representation as Counsel on behalf of Defendant, HOME DEPOT U.S.A., INC. ("Home Depot"), and in support thereof, states as follows:

1.     Home Depot continues to be represented by Jacob Hoeflich of Parsky & Galloway, LLC.

2.     Meagan M. Gabriel will withdraw her appearance as counsel for Home Depot, but this withdrawal will not prejudice any party or delay proceedings in this matter.

WHEREFORE, the undersigned attorney respectfully requests that the Court withdraw his appearance in this matter.

Dated: May 14, 2024                PARSKY & GALLOWAY, LLC

                                By: /s/ *Meagan M. Gabriel*

                                Meagan M. Gabriel, Esq.
                                Attorneys for Defendant
                                HOME DEPOT U.S.A., INC.
                                466 Southern Boulevard
                                Washington Building, 1st Floor
                                Chatham, NJ 07928
                                973.520.4340
                                mkg@pg-lawoffice.com

## CERTIFICATE OF SERVICE

I, Meagan M. Gabriel, an attorney, certify that I filed the Motion to Withdraw Appearance and Representation of Counsel with the Court's ECF efiling system on May 21, 2024 which will result in all parties on the Record receiving a copy of the same.

Dated: May 21, 2024

/s/ *Meagan Gabriel*

Meagan Gabriel