

**PARSKY & GALLOWAY, LLC**
ATTORNEYS AT LAW

Office: (973) 520-4340                                                                                    Christen E. McCullough, Esq.
Fax: (973) 520- 4329                                                                                     *Managing Partner, New Jersey*
www.pg-lawoffice.com                                                                                cem@pg-lawoffice.com

September 20, 2024

<u>*via ECF*</u>
The Honorable Tonianne J. Bongiovanni
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

  Re:  Abraham Mykoff, et al. v. Home Depot, Inc., et al.
    Docket No. 18-cv-13110

Dear Magistrate Bongiovanni,

  Please accept the following as the parties' joint status letter regarding the deposition of Home Depot's expert. The deposition of the Defendant's expert took place on September 16, 2024.  The Defendant does not intend to decide whether to notice the depositions of any or all of plaintiff's three liability experts until after Daubert Motions are decided.

  Plaintiff's counsel has reviewed this letter and agrees to its submission. Plaintiff has indicated that it might oppose any depositions after disposition of the Daubert motions.

  Thank you for your courtesies in this regard. The parties are available at Your Honor's convenience should you wish to conference this matter.

                   Respectfully submitted,

                   s/ <u>Christen E. McCullough</u>

                   Christen E. McCullough, Esq.
                   cem@pg-lawoffice.com
                   Direct: (973) 520-4336

120 N. LaSalle Street       466 Southern Boulevard       One Liberty Plaza
Suite 3200           Washington Building, 1st Floor    165 Broadway, 23d Floor
Chicago, IL 60602        Chatham, NJ 70928         New York, NY 10006