# SZAFERMAN LAKIND

Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
P: 609.275.0400
F: 609.275.4511

120 Sanhican Drive
Trenton, NJ 08618
P: 609.771.8611
F: 609.771.8612

The Atrium at 47 Maple Street
3rd Floor
Summit, NJ 07901
P: 908.219.4219
F: 908.219.4561
www.szaferman.com

Of Counsel
Brad M. Schwartz**

Szaferman Lakind
Barry D. Szaferman
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Janine G. Bauer***
Bruce M. Sattin***
Jonathan I. Epstein
Samuel M. Gaylord*+++

Edward S. Kahn
Robert P. Panzer
Benjamin T. Branche*
Michael D. Brottman**
Janine Danks Fox*
Thomas J. Manzo**
Brian A. Heyesey
Lindsey Moskowitz Medvin**
Janis A. Eisl*
Marc A. Brotman**
Max H. Steinberg
Alexandrea M. Jacinto

Of Counsel
Stephen L. Skillman
Anthony J. Parrillo
Jeffrey M. Hall
Bryce S. Chase++++
Kim A. Otis
Kristine Dress Brown**

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
P: 609.655.3600

Retired:
Jeffrey P. Blumstein
Steven Blader
Linda R. Feinberg

October 28, 2024

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6E
Trenton, NJ 08680

      Re:   Mykoff v. Home Depot, Inc., et al
              Docket No.: 3 : 18-13110 (GC/TJB)

Dear Judge Bongiovanni,

    On October 11, 2024, the parties submitted a letter proposing the following schedule for the filing of Daubert motions.:

| | |
|---|---|
| Submission of Motions: | October 25, 2024 |
| Response Briefs: | November 20, 2024 |
| Reply Briefs: | December 6, 2024 |
| Argument: | To be determined by the Court |

    I was unable to complete Plaintiff's motion in time to submit by October 25th. Counsel to Defendant has been kind enough to consent to an extension of time to submit the motions. We are therefore proposing the following schedule:

| | |
|---|---|
| Submission of Motions: | October 30, 2024 |
| Response Briefs: | November 25, 2024 |
| Reply Briefs: | December 11, 2024 |
| Argument: | To be determined by the Court |

#7205498v1



October 28, 2024
Page 2

      Would Your Honor please let counsel know if this new schedule is acceptable to the Court.

      Thank you.

                             Respectfully submitted,

                             **SZAFERMAN, LAKIND,**
                             **BLUMSTEIN & BLADER, P.C.**

                             *s/Arnold C. Lakind*
                             Arnold C. Lakind, Esq.

ACL/s
Attachments

c:  Christen McCullough, Esq.

#7183053v2
#7205498v1