PARSKY & GALLOWAY, LLC
Christen E. McCullough, Esq. - Attorney ID #0242222008
466 Southern Boulevard,
Washington Building 1st Floor
Chatham, New Jersey 07928
T: 973-520-4340
F: 973-520-4329
cem@pg-lawoffice.com
***Attorneys for Defendant HOME DEPOT U.S.A., INC***.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

―――――――――――――――――――――――X

RABBI ABRAHAM MYKOFF and POILE ZEDEK CONGREGATION, INC.,

        Plaintiffs,

v.

HOME DEPOT, INC. and INTERTEK TESTING SERVICES, N.A., INC.,

        Defendant(s).

―――――――――――――――――――――――X

Docket No.: 1:18-cv-13110

**NOTICE OF MOTION FOR SANCTIONS BASED ON SPOILATION**

**TAKE NOTICE** that the undersigned will apply to the above Court, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Room 2020, Trenton, NJ 08608, at 9:00 a.m. or as soon thereafter as counsel may be heard, on a date to be determined by the Court for an order granting the Defendant's Motion for Sanctions Based on Spoliation of Evidence, based on the following grounds:

Counsel shall rely upon the attached Brief in support hereof. Pursuant to R. 1:6-2(d), the undersigned:

( ) waives oral argument and consent to disposition on the papers.

( ) does not request oral argument at this time.

(X) requests oral argument.

A proposed form order is annexed.

Dated:        October 30, 2024

                                          **PARSKY & GALLOWAY, LLC**

By:   */s/ Christen E. McCullough*

Christen E. McCullough (024222008)
466 Southern Boulevard
Washington Building, 1st Floor
Chatham, New Jersey 07928
973.520.4336
cem@pg-lawoffice.com